**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7769**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHNNY LEE WESLEY,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Henry C. Morgan, Jr., District Judge. (CR-97-382, CA-00-1177-AM)

---

Submitted: February 13, 2002          Decided: March 7, 2002

---

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Johnny Lee Wesley, Appellant Pro Se. James L. Trump, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnny Lee Wesley appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appeal-ability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Wesley</u>, Nos. CR-97-382; CA-00-1177-AM (E.D. Va. filed July 30, 2001, entered Aug. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2